UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| WAASOHN SENITE DORLIAE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF MINNESOTA, et al,<br><br>Defendants, | Civil Nos. 18-2162 (JRT/LIB)<br><br><br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATIONS** |

_____

Waasohn Senite Dorliae, 210 East Franklin Avenue #2, Minneapolis, MN 55404, *pro se* plaintiff.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Applications to Proceed in forma pauperis [Docket Nos. 2, 6] are **DENIED**.

2. Plaintiff's Motion for a Preliminary Injunction [Docket No. 4] is **DENIED**.

**3.** This matter is **DISMISSED** without prejudice pursuant to Younger v. Harris 401 U.S. 37 (1971).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 28, 2018　　　　s/John R. Tunheim　　　　　　　
at Minneapolis, Minnesota　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　United States District Court